IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC
FEB 20 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN RUDY ELLEDGE;<br>Defendants | DOCKET NO. 5:24-cr-4-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violations: 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Conspiracy to Possess with Intent to Distribute Fentanyl)*

From at least on or about November 1, 2022, to on or about February 17, 2023, in Catawba County, within the Western District of North Carolina, the defendant,

**RYAN RUDY ELLEDGE,**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a quantity of a controlled substance, which violation involved: a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

**COUNT TWO**
*(Possession with Intent to Distribute Fentanyl)*

On or about February 17, 2023, in Catawba County, within the Western District of North Carolina, the defendant,

**RYAN RUDY ELLEDGE,**

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a quantity of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
b. All property used or intended to be used in any manner or part to commit or facilitate such violations;
c. All firearms or ammunition involved or used in such violations; and
d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) Currency in the amount of $21,128 in currency seized February 17, 2023, in the course of the investigation.

A TRUE BILL

███████████

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*/s/ Alfredo De La Rosa*

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY