# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

| | |
|---|---|
| **CASE SEALED:** ○ YES ● NO | **DOCKET NUMBER:** 5:24-CR-4-KDB |

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | : US vs | RYAN RUDY ELLEDGE |
| **COUNTY OF OFFENSE** | : | CATAWBA |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ○ Petty   ○ Misdemeanor   ● Felony

21 U.S.C. § 841(a)(1)

**JUVENILE:**   ○ Yes   ● No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | ALFREDO DE LA ROSA |
| **VICTIM/WITNESS COORDINATORS:** | | |
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 5:24-cr-00004-KDB-SCR   Document 1-2   Filed 02/20/24   Page 1 of 1