# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | RYAN RUDY ELLEDGE

Case Number: | 5:24-CR- 4-KDB

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|----------|---------|-------------------|---------------------|
| 1 | 21 USC 846 | | 0-20 years in prison, $1 million, up to 3 years TSR |
| 2 | 21 USC 841 (b)(1)(C) | | 0-20 years in prison, $1 million, up to 3 years TSR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?     ☐ YES     ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?     ☐ YES     ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?     ☐ YES     ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES     ☐ BRANDISH

☐ DISCHARGE